

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

08CV753
JUDGE CASTILLO
MAG. JUDGE COLE

In the Matter of

SHUNNA WILLIAMS,   PLAINTIFF,
        v.
DEPUTY DAVID LAWSON, DEPUTY K. HANKS,
SHERIFF RICHARD A. RANDALL AND COUNTY
OF KENDALL, ILLINOIS, DEFENDANTS.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**FILED**
JN
FEB X 4 2008
FEB 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Elliot Richardson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ ELLIOT RICHARDSON   E. Richardson) RS |

| FIRM |
|---|
| Elliot Richardson & Associates, LLC |

| STREET ADDRESS |
|---|
| 20 South Clark Street, Suite 500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6256982 | 312-676-2100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐