# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case  08 CV 753

SHUNNA WILLIAMS

v.

DEPUTY DAVID LAWSON, DEPUTY K.
HANKS, SHERIFF RICHARD A. RANDALL, and
COUNTY OF KENDALL, ILLINOIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEPUTY DAVID LAWSON, DEPUTY K. HANKS, SHERIFF RICHARD A. RANDALL, and COUNTY OF KENDALL, ILLINOIS**

| | |
|---|---|
| SIGNATURE<br>s/Julie A. Bruch | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6215813 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　　YES X　　NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　　YES ☐　　NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　　YES X　　NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES X　NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHUNNA WILLIAMS,               ) | |
| ) | |
| Plaintiffs,     ) | |
| v.                                         ) | Case No.: 08 CV 753 |
| ) | |
| DEPUTY DAVID LAWSON, DEPUTY K. ) | The Honorable Judge Castillo |
| HANKS, SHERIFF RICHARD A.     ) | |
| RANDALL, and COUNTY OF KENDALL, ) | Magistrate Judge Cole |
| ILLINOIS,                              ) | |
| Defendants.  ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Elliot Richardson | Sean M. Baker |
| erichardson@rsbmlaw.com | sbaker@erlaw.net |
| | |
| Edward L. Garris | Rachell M. Sorg |
| egarris@erlaw.net | rsorg@rsbmlaw.com |

                                                Deputy David Lawson, Deputy K. Hanks, Sheriff
                                                Richard A. Randall, and County Of Kendall, Illinois

                                                By:    Julie A. Bruch
                                                          Julie A. Bruch, #6215813
                                                          O'Halloran Kosoff Geitner & Cook, LLC
                                                           650 Dundee Road, Suite 475
                                                          Northbrook, Illinois 60062
                                                          Telephone: (847) 291-0200
                                                          Facsimile: (847) 291-9230
                                                          E-mail: jbruch@okgc.com

Case 1:08-cv-00753    Document 12    Filed 03/17/2008    Page 3 of 3