# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case  08 CV 753

SHUNNA WILLIAMS

v.

DEPUTY DAVID LAWSON, DEPUTY K.
HANKS, SHERIFF RICHARD A. RANDALL, and
COUNTY OF KENDALL, ILLINOIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEPUTY DAVID LAWSON, DEPUTY K. HANKS, SHERIFF RICHARD A. RANDALL, and COUNTY OF KENDALL, ILLINOIS**

| | |
|---|---|
| SIGNATURE<br>s/Saira J. Alikhan | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6285622 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐     NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐     NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐     NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐     NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

**IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHUNNA WILLIAMS,                                   )
                                                   )
                              Plaintiffs,          )
v.                                                 )          Case No.: 08 CV 753
                                                   )
DEPUTY DAVID LAWSON, DEPUTY K.                     )          The Honorable Judge Castillo
HANKS, SHERIFF RICHARD A.                          )
RANDALL, and COUNTY OF KENDALL,                    )          Magistrate Judge Cole
ILLINOIS,                                          )
                              Defendants.          )

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Elliot Richardson                                  Sean M. Baker
erichardson@rsbmlaw.com                            sbaker@erlaw.net

Edward L. Garris                                   Rachell M. Sorg
egarris@erlaw.net                                  rsorg@rsbmlaw.com

                              Deputy David Lawson, Deputy K. Hanks, Sheriff
                              Richard A. Randall, and County Of Kendall, Illinois

                              By:      s/Saira J. Alikhan
                                       Saira J. Alikhan, #6285622
                                       O'Halloran Kosoff Geitner & Cook, LLC
                                       650 Dundee Road, Suite 475
                                       Northbrook, Illinois 60062
                                       Telephone:  (847) 291-0200
                                       Facsimile:  (847) 291-9230
                                       E-mail:  salikhan@okgc.com