# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHUNNA WILLIAMS, | ) |
| | ) |
|        Plaintiff, | ) |
| | )   08CV753 |
| vs. | )   JUDGE CASTILLO |
| | )   MAGISTRATE JUDGE COLE |
| DEPUTY DAVID LAWSON, DEPUTY K. HANKS, SHERIFF RICHARD A. RANDALL, and COUNTY OF KENDALL, ILLINOIS, | ) ) ) |
| | ) |
|        Defendants. | ) |

## NOTICE OF MOTION

**TO:**   Elliot Richardson                               Sean M. Baker
        erichardson@rsbmlaw.com            sbaker@erlaw.net

        Edward L. Garris                              Rachell M. Sorg
        egarris@erlaw.net                              rsorg@rsbmlaw.com

YOU ARE HEREBY NOTIFIED that on the 6th day of May, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ruben Castillo in the courtroom 2141 usually occupied by him at the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois and shall present the Defendants' Motion to Stay at which time and place you may appear if you wish to do so.

                                                                  Deputy David Lawson, Deputy K. Hanks,
                                                                  Sheriff Richard A. Randall and County of
                                                                    Kendall, Illinois

                                                                    By:   s/Julie A. Bruch
                                                                    Julie A. Bruch, #6215813
                                                                    O'Halloran Kosoff Geitner & Cook, LLC
                                                                    650 Dundee Road, Suite 475
                                                                    Northbrook, Illinois 60062
                                                                    Telephone:  (847) 291-0200
                                                                    Facsimile:  (847) 291-9230

Julie Bruch
Saira J. Alikhan
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:  (847) 291-0200
Facsimile:   (847) 291-9230

### IN UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHUNNA WILLIAMS,               )<br>                                                     )<br>                    Plaintiffs,    )<br>v.                                                  )<br>                                                     )<br>DEPUTY DAVID LAWSON, DEPUTY K. )<br>HANKS, SHERIFF RICHARD A.      )<br>RANDALL, and COUNTY OF KENDALL, )<br>ILLINOIS,                                     )<br>                    Defendants.  ) | Case No.: 08 CV 753<br><br>The Honorable Judge Castillo<br><br>Magistrate Judge Cole |

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2008, I electronically filed Defendants' Notice of Motion to Stay with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Elliot Richardson<br>erichardson@rsbmlaw.com | Sean M. Baker<br>sbaker@erlaw.net |
| Edward L. Garris<br>egarris@erlaw.net | Rachell M. Sorg<br>rsorg@rsbmlaw.com |

                                       Deputy David Lawson, Deputy K. Hanks, Sheriff Richard A. Randall, and County Of Kendall, Illinois

                                       By:    Julie A. Bruch
                                                    Julie A. Bruch, #6215813
                                                    O'Halloran Kosoff Geitner & Cook, LLC
                                                    650 Dundee Road, Suite 475
                                                    Northbrook, Illinois 60062
                                                    Telephone:  (847) 291-0200
                                                    Facsimile:  (847) 291-9230
                                                    E-mail:  jbruch@okgc.com