# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 753 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Sunna Williams vs. County of Kendall, IL, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/6/2008. Defendants' motion to stay [19] is granted without objection. This case is hereby stayed until the conclusion of the pending state criminal proceeding. Counsel should notify this court when the state criminal proceeding has been completed.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|